RHODA TEDDER, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

### Division B.

Decision Filed July 14, 1924.

A Writ of Error to the Circuit Court for Volusia County, J. J. Dickinson, Judge.

*J. E. Peacock,* for Plaintiff in Error.

*Rivers Buford, Attorney General,* and *J. B. Gaines, Assitant,* for the State.

PER CURIAM.—In this case Rhoda Tedder though indicted only as an accessory before the fact to murder, was tried before the principal felon was tried, which is contrary to law. Keech v. State, 15 Fla. 591; Sec. 5009 Rev. Gen. Stats. 1920, Flynn v. State, 86 Fla. 467, 98 South. Rep. 76.

Reversed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.